**HON. ROBERT S. LASNIK**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al., | |
| Plaintiffs, | NO. CV05-2140RSL |
| v. | **ORDER FOR ENTRY OF DEFAULT JUDGMENT** |
| ROOFING SERVICES, INC., | |
| Defendant. | |

    The defendant failed to plead or otherwise defend in this action, his/its default having been entered by the clerk and the plaintiffs having moved the court without opposition for an order directing the entry of a default judgment supported by declaration and memorandum in support thereof; and the court having duly considered this matter:

    IT IS HEREBY ORDERED that plaintiffs' motion for default judgment is granted and judgment by default shall be entered in favor of plaintiffs against defendant as follows:

ORDER FOR ENTRY OF DEFAULT
JUDGMENT - CV05-2140RSL - 1

LAW OFFICES OF
RINEHART & ROBBLEE
==========================
1620 METROPOLITAN PARK BUILDING
1100 OLIVE WAY · SEATTLE, WA 98101
(206) 467-6700 · FAX (206) 467-7589

1. Eighty-one Thousand, Eight Hundred, Forty-one and 11/100 Dollars ($81,841.11) in employee benefit contributions due for the period August 2005 to February 2006, inclusive, with interest at the rate of 12% per annum until paid;

2. Eighteen Thousand, Three Hundred, Thirty-nine and 20/100 Dollars ($18,339.20) in liquidated damages for the period August 2005 through February 2006, inclusive, with interest at the rate 4.94% per annum until paid;

3. Three Thousand, Seven Hundred, Thirty-four and 35/100 Dollars ($3,734.35) in pre-judgment interest through May 4, 2006 on August 2005 through February 2006 contributions, with interest at the rate of 4.94% per annum until paid;

4. Three Hundred, Sixty-two and 00/100 Dollars ($362.00) in costs, with interest at the rate of 4.94% per annum until paid; and

5. Nine Hundred, Sixty-two and 50/100 Dollars ($962.50) in attorneys' fees, with interest at the rate of 4.94% per annum until paid.

DATED this 4th day of May, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR ENTRY OF DEFAULT
JUDGMENT - CV05-2140RSL - 2

LAW OFFICES OF
RINEHART & ROBBLEE
================================
1620 METROPOLITAN PARK BUILDING
1100 OLIVE WAY · SEATTLE, WA 98101
(206) 467-6700 · FAX (206) 467-7589